**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GLASCO  WRIGHT,,

                            Petitioner,

      -against-                                       22 **CIVIL** 8802 (JGK)

                                                        **JUDGMENT**

RAYMOND  COVENY,,

                            Respondent.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memorandum Opinion and Order dated July 5, 2023, respondent's motion to dismiss is granted, and the petition for a writ of habeas corpus is dismissed as untimely; accordingly, the case is closed.

**Dated:**  New York, New York
        July 6, 2023

                                                              **RUBY J. KRAJICK**

                                                                            **Clerk of Court**

                            **BY:**

                                                                           **Deputy Clerk**